```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00370
   POZELL MCELROY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8624

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/06/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  49.64% from remaining funds.

     The case was paid in full 01/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
JAGUAR CREDIT CORPORATIO  SECURED            1000.00        12.58        1000.00
JAGUAR CREDIT CORPORATIO  NOTICE ONLY       NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED         .00            .00
ARONSON FURNITURE         UNSECURED         NOT FILED         .00            .00
CAPITAL ONE BANK          UNSECURED           417.86          .00         207.43
CELLULAR PHONE            UNSECURED         NOT FILED         .00            .00
CHASE                     UNSECURED         NOT FILED         .00            .00
CREDITRUST                UNSECURED         NOT FILED         .00            .00
FIRST NATL BANK CHICAGO   UNSECURED         NOT FILED         .00            .00
FLEET CREDIT CARD         UNSECURED         NOT FILED         .00            .00
FLEET CREDIT CARD SERVIC  NOTICE ONLY       NOT FILED         .00            .00
ECAST SETTLEMENT CORP     UNSECURED           526.86          .00         261.54
HOUSEHOLD BANK            UNSECURED         NOT FILED         .00            .00
LANE BRYANT               NOTICE ONLY       NOT FILED         .00            .00
WORLD FINANCIAL NETWORK   UNSECURED           368.32          .00         182.84
WORLD FINANCIAL NETWORK   UNSECURED           476.99          .00         236.79
LERNER                    NOTICE ONLY       NOT FILED         .00            .00
LERNER                    NOTICE ONLY       NOT FILED         .00            .00
MONTGOMERY WARD           UNSECURED         NOT FILED         .00            .00
NEWPORT NEWS              UNSECURED         NOT FILED         .00            .00
NEWPORT NEWS              NOTICE ONLY       NOT FILED         .00            .00
RESURGENT ACQUISITION LL  UNSECURED         25055.28          .00       12437.94
PROVIDIAN BILLING DISPUT  NOTICE ONLY       NOT FILED         .00            .00
SEVENTH AVENUE            UNSECURED         NOT FILED         .00            .00
SUBURBAN HEIGHTS MEDICAL  UNSECURED         NOT FILED         .00            .00
TARGET                    UNSECURED         NOT FILED         .00            .00
TOWN & COUNTRY            UNSECURED         NOT FILED         .00            .00
YES DIRECT                UNSECURED         NOT FILED         .00            .00
NATIONAL CAPITAL MANAGEM  UNSECURED          8839.73          .00        4388.22
INTERNAL REVENUE SERVICE  UNSECURED          8462.51          .00        4200.96
FINGERHUT CREDIT ADVANTA  UNSECURED           275.07          .00         136.55
CAPITAL ONE BANK          UNSECURED OTH      150.27          .00          74.69

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00370 POZELL MCELROY
```

```
CAPITAL ONE BANK         SECURED NOT I     49.00                    .00              .00
AT&T WIRELESS            NOTICE ONLY    NOT FILED                   .00              .00
SCHEINBAUM & WEST        DEBTOR ATTY    2,394.00                                2,394.00
TOM VAUGHN               TRUSTEE                                                1,466.46
DEBTOR REFUND            REFUND                                                      .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 27,000.00

PRIORITY                                             .00
SECURED                                         1,000.00
    INTEREST                                       12.58
UNSECURED                                      22,126.96
ADMINISTRATIVE                                  2,394.00
TRUSTEE COMPENSATION                            1,466.46
DEBTOR REFUND                                        .00
                        ---------------      ---------------
TOTALS                  27,000.00               27,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/24/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE